UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, et al.<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>ZSCALER, INC.,<br><br>　　　　　Defendant(s) | CASE No C 3:17-cv-04414-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Mediator to be selected by the parties

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: Within 45 days of Markman op.

Date: 10/12/2017　　　　　/s/ Kurt M. Pankratz
　　　　　　　　　　　　　Attorney for Plaintiff

Date: 10/12/2017　　　　　/s/ Matthew Werdegar
　　　　　　　　　　　　　Attorney for Defendant

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS: Deadline is February 4, 2019

Date: December 18, 2017　　　　　*[signature]*
　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

> *Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*