| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | BAKER BOTTS L.L.P. |
| ROBERT A. VAN NEST - # 84065 | KURT M. PANKRATZ - # 24013291 (*Pro Hac Vice*) |
| rvannest@keker.com | kurt.pankratz@bakerbotts.com |
| LEO L. LAM - # 181861 | CHAD C. WALTERS - # 24034730 (*Pro Hac Vice*) |
| llam@keker.com | chad.walters@bakerbotts.com |
| MATTHEW M. WERDEGAR - # 200470 | JAMES C. WILLIAMS - # 24075284 (*Pro Hac Vice*) |
| mwerdegar@keker.com | james.williams@bakerbotts.com |
| MICHELLE YBARRA - # 260697 | HARRISON G. RICH - # 24083730 (*Pro Hac Vice*) |
| mybarra@keker.com | harrison.rich@bakerbotts.com |
| COREY A. JOHANNINGMEIER - # 251297 | CLARKE STAVINOHA - # 24093198 (*Pro Hac Vice*) |
| cjohanningmeier@keker.com | clarke.stavinoha@bakerbotts.com |
| JAY RAPAPORT - # 281964 | 2001 Ross Avenue, Suite 700 |
| jrapaport@keker.com | Dallas, TX 75201 |
| BAILEY W. HEAPS - # 295870 | Telephone: 214 953 6500 |
| bheaps@keker.com | Facsimile: 214 953 6503 |
| KATIE LYNN JOYCE - # 308263 | WAYNE O. STACY - # 341579 |
| kjoyce@keker.com | wayne.stacy@bakerbotts.com |
| 633 Battery Street | 101 California Street, Suite 3600 |
| San Francisco, CA 94111-1809 | San Francisco, CA 94111 |
| Telephone: 415 391 5400 | Telephone: 415 291 6206 |
| Facsimile: 415 397 7188 | Facsimile: 415 2916306 |
| | JENNIFER TEMPESTA - # 4397089 (*Pro Hac Vice*) |
| Attorneys for Defendant | jennifer.tempesta@bakerbotts.com |
| ZSCALER, INC. | 30 Rockefeller Plaza |
| | New York, NY 10112 |
| | Telephone: 212 408 2500 |
| | Facsimile: 212 408 2501 |
| | Attorneys for Plaintiffs |
| | SYMANTEC CORPORATION and SYMANTEC LIMITED. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ZSCALER, INC.,<br><br>Defendant. | Case No. 3:17-cv-04414-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Honorable Jon S. Tigar<br>Date Filed: June 22, 2017<br>Trial Date: Not set |

STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST
AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE FOR MOTION TO DISMISS
Case No. 3:17-cv-04414-JST

1284469

1 | Pursuant to Civil Local Rule 6-2, Plaintiffs Symantec Corp. and Symantec Limited ("Plaintiffs") and Defendant Zscaler, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS Plaintiffs filed a First Amended Complaint (ECF No. 84) on May 21, 2018;

WHEREAS Defendant's deadline to file a responsive pleading is June 4, 2018;

WHEREAS Defendant presently intends to file a Motion to Dismiss the First Amended Complaint ("Motion");

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT

1. Defendant shall file its Motion no later than June 15, 2018;

2. Plaintiffs shall file their response to Defendant's Motion no later than June 29, 2018; and

3. Defendant shall file a reply in support of its Motion no later than July 11, 2018.

IT IS SO STIPULATED.

Dated: June 1, 2018

KEKER, VAN NEST & PETERS LLP

By: */s/ Katie Lynn Joyce*
ROBERT A. VAN NEST
LEO L. LAM
MATTHEW M. WERDEGAR
MICHELLE YBARRA
COREY A. JOHANNINGMEIER
JAY RAPAPORT
BAILEY HEAPS
KATIE LYNN JOYCE

Attorneys for Defendant
ZSCALER, INC.

1

STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE FOR MOTION TO DISMISS
Case No. 3:17-cv-04414-JST

1284469

| | |
|---|---|
| Dated: June 1, 2018 | BAKER BOTTS LLP |
| | By: */s/ Clarke Stavinoha* |
| | KURT M. PANKRATZ |
| | CHAD C. WALTERS |
| | JAMES C. WILLIAMS |
| | HARRISON G. RICH |
| | CLARKE STAVINOHA |
| | WAYNE O. STACY |
| | JENNIFER TEMPESTA |
| | Attorneys for Plaintiffs |
| | SYMANTEC CORPORATION |
| | And SYMANTEC LIMITED. |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 1__, 2018

_____
HONORABLE JON S. TIGAR
JUDGE OF THE UNITED STATES DISTRICT COURT

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this Stipulated Request has been obtained from the other signatories.

Dated: June 1, 2018                               */s/ Katie Lynn Joyce*
                                                              KATIE LYNN JOYCE

2
STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST
AMENDED COMPLAINT AND SETTING A BRIEFING SCHEDULE FOR MOTION TO DISMISS
Case No. 3:17-cv-04414-JST

1284469