UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SYMANTEC CORPORATION, ET AL., Plaintiffs, v. ZSCALER, INC., Defendant. | Case No. 17-cv-04414-JST<br><br>**AMENDED SCHEDULING ORDER** |
|---|---|

    Pursuant to the case management conference conducted this morning, and considering the parties' respective scheduling proposals, ECF Nos. 105, 106, the Court hereby sets the following additional and amended case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Parties' service of assignor estoppel related interrogatories, document requests, requests for admission; Zscaler to identify persons most knowledgeable for each of the following topics:<br><br>• Development of Zscaler's SSL technology from 2011-2014;<br><br>• Development of Zscaler's URL and file type filtering technology from 2011-2014; and<br><br>• Zscaler's competitive intelligence for Blue Coat from 2011-2014.<br><br>Zscaler also to confirm that Mr. Dolsen's emails are preserved and available for email discovery as of his start date at Zscaler. | September 12, 2018 |

| Event | Deadline |
|---|---|
| Symantec to identify persons most knowledgeable on the following topics:<br><br>• Mr. Dolsen's alleged knowledge regarding the operation of Blue Coat's products<br><br>• Symantec's contention that Zscaler availed itself of Mr. Dolsen's knowledge and assistance to conduct its infringing activities | |
| Parties to identify search terms and up to four custodians for e-mail discovery related to assignor estoppel, subject to the custodian and search term limits set forth in the ESI order, ECF No. 74 | September 14, 2018 |
| Zscaler to produce source code history information and 2011 source code version | September 14, 2018 |
| Service of written objections and responses to assignor estoppel related requests | September 26, 2018 |
| Completion of meet and confer on objections and selection of search terms | September 28, 2018 |
| Completion of production responsive to assignor estoppel related discovery requests and service of privilege logs related to assignor estoppel discovery | October 26, 2018 |
| Service of limited follow-on assignor estoppel related discovery requests, including the identification of no more than one additional custodian and additional search terms, subject to the custodian and search term limits set forth in ESI order, ECF No. 74 | November 9, 2018 |
| Service of written objections and responses to follow-on assignor estoppel related discovery | November 30, 2018 |
| Service of declarations, including those of any expert(s), related to assignor estoppel | December 7, 2018 |
| Completion of deposition discovery | January 11, 2019 |
| Zscaler's motion for partial summary judgment on assignor estoppel | January 22, 2019 |
| Symantec's opposition | February 12, 2019 |

| Event | Deadline |
|---|---|
| Zscaler's reply | February 22, 2019 |
| Hearing on summary judgment regarding assignor estoppel | March 14, 2019 at 2:00 p.m. |
| Technology tutorial | March 19, 2019 at 1:30 p.m. |
| Claim construction hearing | April 2, 2019 at 1:30 p.m. |

The parties should note the changes to the technology tutorial and claim construction dates. The Court's prior orders regarding the length, format, and content of the technology tutorial and claim construction hearing remain in effect.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates or arrange to substitute or associate in counsel who can.

**IT IS SO ORDERED.**

Dated:  September 6, 2018



JON S. TIGAR
United States District Judge