UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZSCALER, INC., <br><br> Defendant. | Case No. 17-cv-04414-JST <br><br> **ORDER DENYING EMERGENCY ADMINISTRATIVE MOTION FOR RELIEF FROM SCHEDULING ORDER** <br><br> Re: ECF No. 112 |

Before the Court is Defendant Zscaler's emergency administrative motion for relief from this Court's scheduling order setting deadlines related to claim construction. ECF No. 112. Plaintiff Symantec opposes the motion. ECF No. 115. Having considered both parties' filings, the Court hereby DENIES Zscaler's administrative motion for relief. All deadlines remain as previously set.

**IT IS SO ORDERED.**

Dated: October 12, 2018

JON S. TIGAR
United States District Judge