| | |
|---|---|
| **BAKER BOTTS L.L.P.**<br>Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)<br>kurt.pankratz@bakerbotts.com<br>Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)<br>chad.walters@bakerbotts.com<br>James C. Williams (SBN 24075284) (*Pro Hac Vice*)<br>james.williams@bakerbotts.com<br>Harrison G. Rich (SBN 24083730) (*Pro Hac Vice*)<br>harrison.rich@bakerbotts.com<br>Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice*)<br>clarke.stavinoha@bakerbotts.com<br>2001 Ross Avenue, Suite 700<br>Dallas, TX 75201<br>Tel: (214) 953-6500/Fax: (214) 953-6503<br><br>Wayne O. Stacy (SBN 341579)<br>wayne.stacy@bakerbotts.com<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Tel: (415) 291-6206/Fax: (415) 291-6306<br><br>Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)<br>jennifer.tempesta@bakerbotts.com<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel: (212) 408-2500/Fax: (212) 408-2501<br><br>Attorneys for Plaintiff<br>SYMANTEC CORPORATION and<br>SYMANTEC LIMITED | KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>LEO L. LAM - # 181861<br>llam@keker.com<br>MATTHEW M. WERDEGAR - # 200470<br>mwerdegar@keker.com<br>MICHELLE YBARRA - # 260697<br>mybarra@keker.com<br>JAY RAPAPORT - # 281964<br>jrapaport@keker.com<br>BAILEY W. HEAPS - # 295870<br>bheaps@keker.com<br>DAVID J. ROSEN - # 296139<br>drosen@keker.com<br>KATIE LYNN JOYCE - # 308263<br>kjoyce@keker.com<br>ANNA A. PORTO - # 319903<br>aporto@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:  415 397 7188<br><br>*Attorneys for Defendant*<br>ZSCALER, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SYMANTEC CORPORATION and<br>SYMANTEC LIMITED,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ZSCALER, INC.,<br><br>        Defendant. | Case No. 3:17-cv-04414-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CLAIM CONSTRUCTION HEARING** |

1 **<u>ORDER</u>**

2 For good cause shown, the Court continues the date of the claim construction hearing

3 from 1:30 P.M. on April 2, 2019, to 1:30 P.M. on April 9, 2019.

5 IT IS SO ORDERED.

7 Dated: October 25, 2018

8 HON. JON S. TIGAR

9 U.S. DISTRICT JUDGE