**BAKER BOTTS L.L.P.**
Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)
chad.walters@bakerbotts.com
James C. Williams (SBN 24075284) (*Pro Hac Vice*)
james.williams@bakerbotts.com
Harrison G. Rich (SBN 24083730) (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice*)
clarke.stavinoha@bakerbotts.com
Morgan Grissum (SBN 24084387) (Pro Hac Vice)
morgan.grissum@bakerbotts.com
Bryan D. Parrish (SBN 24089039) (Pro Hac Vice)
bryan.parrish@bakerbotts.com
2001 Ross Avenue, Suite 700
Dallas, TX 75201
Tel: (214) 953-6500/Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206/Fax: (415) 291-6306

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500/Fax: (212) 408-2501

Attorneys for Plaintiff
SYMANTEC CORPORATION and
SYMANTEC LIMITED

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
LEO L. LAM - # 181861
llam@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
JAY RAPAPORT - # 281964
jrapaport@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
ANNA A. PORTO - # 319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

*Attorneys for Defendant*
 *ZSCALER, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>Plaintiffs,<br>vs.<br>ZSCALER, INC,<br>Defendant. | Case No. 3:17-CV-04414-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING DEADLINES FOR ASSIGNOR ESTOPPEL DISCOVERY**<br><br>Date Filed: June 22, 2017<br>Trial Date: Not set |

Plaintiffs Symantec Corporation and Symantec Limited ("Symantec") and Defendant Zscaler, Inc. ("Zscaler"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court issued an Amended Scheduling Order (ECF 108) setting additional and amended case deadlines for assignor estoppel discovery;

WHEREAS, Zscaler has encountered technical difficulties hindering production of email discovery by the deadlines set in the Amended Scheduling Order;

WHEREAS, Symantec's counsel contacted Zscaler about extending the assignor estoppel related deadlines to accommodate the production delay;

WHEREAS, Symantec and Zscaler have agreed to a proposal for extending the deadlines for assignor estoppel discovery set forth in the Amended Scheduling Order;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO request an order from the Court extending the deadlines for completing assignor estoppel discovery as set forth below:

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Completion of production responsive to assignor estoppel related discovery requests and service of privilege logs related to assignor estoppel discovery | October 26, 2018 | November 16, 2018 |
| Service of limited follow-on assignor estoppel related discovery requests, including the identification of no more than one additional custodian and additional search terms, subject to the custodian and search term limits set forth in ESI order, ECF No. 74 | November 9, 2018 | November 30, 2018 |
| Service of written objections and responses to follow-on assignor estoppel related discovery | November 30, 2018 | December 21, 2018 |
| Service of declarations, including those of any expert(s), related to assignor estoppel | December 7, 2018 | Earlier of December 28, 2018 or one week before scheduled deposition |

STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING DEADLINES
Case: 3:17-cv-04414-JST 1

| Completion of deposition discovery | January 11, 2019 | January 30, 2019 |
|---|---|---|
| Zscaler's motion for partial summary judgment on assignor estoppel | January 22, 2019 | February 8, 2019 |
| Symantec's opposition | February 12, 2019 | March 1, 2019 |
| Zscaler's reply | February 22, 2019 | March 11, 2019 |
| Technology tutorial | March 19, 2019 at 1:30 p.m. | No change. |
| Hearing on summary judgment regarding assignor estoppel | March 14, 2019 at 2:00 p.m. | March 21, 2019 ~~(or at the Court's convenience)~~ |
| Claim construction hearing | April 9, 2019 at 1:30 p.m. | No change. |

DATED: October 26, 2018.

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Clarke Stavinoha*
Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (*Pro Hac Vice*)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) *(Pro Hac Vice)*
clarke.stavinoha@bakerbotts.com
Morgan Grissum (SBN 24084387) (*Pro Hac Vice*)
morgan.grissum@bakerbotts.com
Bryan D. Parrish (SBN 24089039) (*Pro Hac Vice*)

KEKER, VAN NEST & PETERS LLP

*/s/ Bailey Heaps*
Robert A. Van Nest - # 84065
rvannest@keker.com
Leo L. Lam - # 181861
llam@keker.com
Matthew M. Werdegar - # 200470
mwerdegar@keker.com
Michelle Ybarra - # 260697
mybarra@keker.com
Jay Rapaport - #281964
jrapaport@keker.com
Bailey Heaps - # 295870
bheaps@keker.com
David J. Rosen - # 296139
drosen@keker.com
Anna Porto - # 319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809

| | |
|---|---|
| bryan.parrish@bakerbotts.com<br>2001 Ross Avenue, Suite 700<br>Dallas, TX 75201<br>Tel: (214) 953-6500/Fax: (214) 953-6503 | Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Attorneys for Defendant<br>ZSCALER, INC. |

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206/Fax: (415) 291-6306

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500/Fax: (212) 408-2501

Attorneys for Plaintiffs
SYMANTEC CORPORATION AND
SYMANTEC LIMITED

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 30, 2018     _____
HONORABLE JON S. TIGAR
JUDGE OF THE UNITED STATES DISTRICT COURT

## Attestation Regarding Signatures

I, Clarke Stavinoha, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 26, 2018         By:  /s/Clarke Stavinoha
                                      Clarke Stavinoha