| | |
|---|---|
| **BAKER BOTTS L.L.P.** | **KEKER, VAN NEST & PETERS LLP** |
| Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*) | ROBERT A. VAN NEST - # 84065 |
| kurt.pankratz@bakerbotts.com | rvannest@keker.com |
| Chad C. Walters (SBN 24034730) (*Pro Hac Vice*) | LEO L. LAM - # 181861 |
| chad.walters@bakerbotts.com | llam@keker.com |
| James C. Williams (SBN 24075284) (*Pro Hac Vice*) | MATTHEW M. WERDEGAR - # 200470 |
| james.williams@bakerbotts.com | mwerdegar@keker.com |
| Harrison G. Rich (SBN 24083730) (*Pro Hac Vice*) | MICHELLE YBARRA - # 260697 |
| harrison.rich@bakerbotts.com | mybarra@keker.com |
| Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice*) | JAY RAPAPORT - # 281964 |
| clarke.stavinoha@bakerbotts.com | jrapaport@keker.com |
| Morgan Grissum (SBN 24084387) (Pro Hac Vice) | BAILEY W. HEAPS - # 295870 |
| morgan.grissum@bakerbotts.com | bheaps@keker.com |
| Bryan D. Parrish (SBN 24089039) (Pro Hac Vice) | DAVID J. ROSEN - # 296139 |
| bryan.parrish@bakerbotts.com | drosen@keker.com |
| 2001 Ross Avenue, Suite 700 | KATIE LYNN JOYCE - # 308263 |
| Dallas, TX 75201 | kjoyce@keker.com |
| Tel: (214) 953-6500/Fax: (214) 953-6503 | ANNA A. PORTO - # 319903 |
| | aporto@keker.com |
| Wayne O. Stacy (SBN 341579) | 633 Battery Street |
| wayne.stacy@bakerbotts.com | San Francisco, CA 94111-1809 |
| 101 California Street, Suite 3600 | Telephone:   415 391 5400 |
| San Francisco, CA 94111 | Facsimile:   415 397 7188 |
| Tel: (415) 291-6206/Fax: (415) 291-6306 | |
| | *Attorneys for Defendant* |
| Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*) | *ZSCALER, INC.* |
| jennifer.tempesta@bakerbotts.com | |
| 30 Rockefeller Plaza | |
| New York, NY 10112 | |
| Tel: (212) 408-2500/Fax: (212) 408-2501 | |

Attorneys for Plaintiff
SYMANTEC CORPORATION and
SYMANTEC LIMITED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>ZSCALER, INC,<br><br>Defendant. | Case No. 3:17-CV-04414-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER DISMISSING SYMANTEC'S CLAIMS AS TO U.S. PATENT NOS. 6,285,658; 7,360,249; AND 9,525,696 WITH PREJUDUCE**<br><br>Date Filed: June 22, 2017<br>Trial Date: Not set |

STIPULATED REQUEST - Case: 3:17-cv-04414-JST

Plaintiffs Symantec Corporation and Symantec Limited (collectively, "Symantec") and Defendant Zscaler, Inc. ("Zscaler"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Symantec and Zscaler have stipulated and agreed to dismiss Symantec's claims as to U.S. Patent Nos. 6,285,658; 7,360,249; and 9,525,696 with prejudice;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO request an order from the Court dismissing Symantec's claims as to U.S. Patent Nos. 6,285,658; 7,360,249; and 9,525,696 with prejudice.

DATED: December 12, 2018.

Respectfully submitted,

| BAKER BOTTS L.L.P. | KEKER, VAN NEST & PETERS LLP |
|---|---|
| /s/ Kurt M. Pankratz | /s/ Bailey W. Heaps |
| Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*) | Robert A. Van Nest - # 84065 |
| kurt.pankratz@bakerbotts.com | rvannest@keker.com |
| Chad C. Walters (SBN 24034730) (*Pro Hac Vice*) | Leo L. Lam - # 181861 |
| chad.walters@bakerbotts.com | llam@keker.com |
| James Williams (SBN 24075284) (*Pro Hac Vice*) | Matthew M. Werdegar - # 200470 |
| james.williams@bakerbotts.com | mwerdegar@keker.com |
| Harrison Rich (SBN 24083730) (*Pro Hac Vice*) | Michelle Ybarra - # 260697 |
| harrison.rich@bakerbotts.com | mybarra@keker.com |
| Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice*) | Jay Rapaport - #281964 |
| clarke.stavinoha@bakerbotts.com | jrapaport@keker.com |
| Morgan Grissum (SBN 24084387) (*Pro Hac Vice*) | Bailey Heaps - # 295870 |
| morgan.grissum@bakerbotts.com | bheaps@keker.com |
| Bryan D. Parrish (SBN 24089039) (*Pro Hac Vice*) | David J. Rosen - # 296139 |
| bryan.parrish@bakerbotts.com | drosen@keker.com |
| 2001 Ross Avenue, Suite 700 | Anna Porto - # 319903 |
| Dallas, TX 75201 | aporto@keker.com |
| Tel: (214) 953-6500 | 633 Battery Street |
| Fax: (214) 953-6503 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| Wayne O. Stacy (SBN 341579) | Facsimile: 415 397 7188 |
| wayne.stacy@bakerbotts.com | |
| 101 California Street, Suite 3600 | Attorneys for Defendant |
| San Francisco, CA 94111 | ZSCALER, INC. |
| Tel: (415) 291-6206 | |

Fax: (415) 291-6306

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500
Fax: (212) 408-2501

Attorneys for Plaintiffs
SYMANTEC CORPORATION AND
SYMANTEC LIMITED

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 13, 2018     _____
                              Hon. Jon S. Tigar
                              United States District Judge

**Attestation Regarding Signatures**

I, Kurt M. Pankratz, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 12, 2018          By:  */s/ Kurt M. Pankratz*
                                       Kurt M. Pankratz