**BAKER BOTTS L.L.P.**
Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)
chad.walters@bakerbotts.com
James C. Williams (SBN 24075284) (*Pro Hac Vice*)
james.williams@bakerbotts.com
Harrison G. Rich (SBN 24083730) (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice*)
clarke.stavinoha@bakerbotts.com
Morgan Grissum (SBN 24084387) (Pro Hac Vice)
morgan.grissum@bakerbotts.com
Bryan D. Parrish (SBN 24089039) (Pro Hac Vice)
bryan.parrish@bakerbotts.com
2001 Ross Avenue, Suite 700
Dallas, TX 75201
Tel: (214) 953-6500/Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206/Fax: (415) 291-6306

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500/Fax: (212) 408-2501

Attorneys for Plaintiff
SYMANTEC CORPORATION and
SYMANTEC LIMITED

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
LEO L. LAM - # 181861
llam@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
JAY RAPAPORT - # 281964
jrapaport@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
ANNA A. PORTO - # 319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

*Attorneys for Defendant
ZSCALER, INC.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>ZSCALER, INC,<br><br>Defendant. | Case No. 3:17-CV-04414-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER STAYING NON-ASSIGNOR ESTOPPEL-RELATED PROCEEDINGS FOR THE '429 PATENT**<br><br>Date Filed: June 22, 2017<br>Trial Date: Not set |

1  Plaintiffs Symantec Corporation and Symantec Limited (collectively, "Symantec") and Defendant Zscaler, Inc. ("Zscaler"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Symantec and Zscaler have stipulated to a stay of proceedings on Symantec's claims regarding the '429 Patent, excluding any proceedings related to assignor estoppel, until the Patent Trial and Appeal Board ("PTAB") either: (1) issues a final written decision in Zscaler's *inter partes* review ("IPR") of the '429 Patent or (2) terminates Zscaler's IPR of the '429 Patent; at which time the stay will lift;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO request an order from the Court to stay proceedings on Symantec's claims regarding the '429 Patent, excluding any proceedings related to assignor estoppel, until the PTAB either: (1) issues a final written decision in Zscaler's IPR of the '429 Patent or (2) terminates Zscaler's IPR of the '429 Patent; at which time the stay will lift.

DATED:  December 14, 2018.

Respectfully submitted,

| BAKER BOTTS L.L.P. | KEKER, VAN NEST & PETERS LLP |
|---|---|
| */s/ James C. Williams* | */s/ Bailey W. Heaps* |
| Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*) | Robert A. Van Nest - # 84065 |
| kurt.pankratz@bakerbotts.com | rvannest@keker.com |
| Chad C. Walters (SBN 24034730) (*Pro Hac Vice*) | Leo L. Lam - # 181861 |
| chad.walters@bakerbotts.com | llam@keker.com |
| James Williams (SBN 24075284) (*Pro Hac Vice*) | Matthew M. Werdegar - # 200470 |
| james.williams@bakerbotts.com | mwerdegar@keker.com |
| Harrison Rich (SBN 24083730) (*Pro Hac Vice*) | Michelle Ybarra - # 260697 |
| harrison.rich@bakerbotts.com | mybarra@keker.com |
| Clarke Stavinoha (SBN 24093198) *(Pro Hac Vice)* | Jay Rapaport - #281964 |
| clarke.stavinoha@bakerbotts.com | jrapaport@keker.com |
| Morgan Grissum (SBN 24084387) (*Pro Hac Vice*) | Bailey Heaps - # 295870 |
| morgan.grissum@bakerbotts.com | bheaps@keker.com |
| Bryan D. Parrish (SBN 24089039) (*Pro Hac Vice*) | David J. Rosen - # 296139 |
| bryan.parrish@bakerbotts.com | drosen@keker.com |
| 2001 Ross Avenue, Suite 700 | Anna Porto - # 319903 |
| Dallas, TX 75201 | |

| | |
|---|---|
| Tel: (214) 953-6500 | aporto@keker.com |
| Fax: (214) 953-6503 | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| Wayne O. Stacy (SBN 341579) | Telephone: 415 391 5400 |
| wayne.stacy@bakerbotts.com | Facsimile: 415 397 7188 |
| 101 California Street, Suite 3600 | |
| San Francisco, CA 94111 | Attorneys for Defendant |
| Tel: (415) 291-6206 | ZSCALER, INC. |
| Fax: (415) 291-6306 | |

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500
Fax: (212) 408-2501

Attorneys for Plaintiffs
SYMANTEC CORPORATION AND
SYMANTEC LIMITED

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 18, 2018   _____
Hon. Jon S. Tigar
United States District Judge

**Attestation Regarding Signatures**

I, James C. Williams, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 14, 2018                    By:   /s/ *James C. Williams*
                                                               James C. Williams