| | |
|---|---|
| **BAKER BOTTS L.L.P.**<br>Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)<br>kurt.pankratz@bakerbotts.com<br>Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)<br>chad.walters@bakerbotts.com<br>James Williams (SBN 24075284) (*Pro Hac Vice*)<br>james.williams@bakerbotts.com<br>Harrison Rich (SBN 24083730) (*Pro Hac Vice*)<br>harrison.rich@bakerbotts.com<br>Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice*)<br>clarke.stavinoha@bakerbotts.com<br>Bryan D. Parrish (SBN 24089039) (*Pro Hac Vice*)<br>bryan.parrish@bakerbotts.com<br>Morgan E. Grissum (SBN 24084387) (*Pro Hac Vice*)<br>morgan.grissum@bakerbotts.com<br>2001 Ross Avenue, Suite 700<br>Dallas, TX 75201<br>Tel: (214) 953-6500/Fax: (214) 953-6503<br><br>Wayne O. Stacy (SBN 341579)<br>wayne.stacy@bakerbotts.com<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>Tel: (415) 291-6206/Fax: (415) 291-6306<br><br>Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)<br>jennifer.tempesta@bakerbotts.com<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Tel: (212) 408-2500/Fax: (212) 408-2501<br><br>*Attorneys for Plaintiffs*<br>SYMANTEC CORPORATION and<br>SYMANTEC LIMITED | **KEKER, VAN NEST & PETERS LLP**<br>Robert A. Van Nest - # 84065<br>rvannest@keker.com<br>Leo L. Lam - # 181861<br>llam@keker.com<br>Matthew M. Werdegar - # 200470<br>mwerdegar@keker.com<br>Michelle Ybarra - # 260697<br>mybarra@keker.com<br>Jay Rapaport - # 281964<br>jrapaport@keker.com<br>Bailey W. Heaps - # 295870<br>bheaps@keker.com<br>David J. Rosen - # 296139<br>drosen@keker.com<br>Katie Lynn Joyce - # 308263<br>kjoyce@keker.com<br>Anna A. Porto - # 319903<br>aporto@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>*Attorneys for Defendant*<br>ZSCALER, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ZSCALER, INC.,<br><br>        Defendant. | Case No. 3:17-cv-04414-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING AND ADDING DEADLINES FOR ASSIGNOR ESTOPPEL DISCOVERY** |

Plaintiffs Symantec Corporation and Symantec Limited ("Symantec") and Defendant Zscaler, Inc., ("Zscaler"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court issued an Amended Scheduling Order (ECF 108) setting additional and amended case deadlines for assignor estoppel discovery;

WHEREAS, the Court granted a Stipulated Request Extending Deadlines for Assignor Estoppel Discovery set forth in the Amended Scheduling Order (ECF 132);

WHEREAS, Symantec and Zscaler have agreed to extend the deadlines for assignor estoppel discovery set forth in the Stipulated Request and setting additional and amended deadlines for filing cross-motions for summary judgement;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO request an order from the Court extending the deadlines for completing assignor estoppel discovery and setting additional and amended deadlines for filing cross-motions for summary judgement as set forth below:

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Service of written objections and responses to follow-on assignor estoppel related discovery | December 21, 2018 | January 18, 2019 |
| Service of declarations, including those of any expert(s), related to assignor estoppel | Earlier of December 28, 2018 or one week before scheduled deposition | February 14, 2019 |
| Completion of deposition discovery | January 30, 2019 | March 7, 2019 |
| Zscaler's opening brief for partial summary judgment on assignor estoppel | February 8, 2019 | March 21, 2019 |
| Symantec's opening/opposition brief for partial summary judgement on assignor estoppel | March 1, 2019 | April 4, 2019 |
| Zscaler's opposition/reply brief | March 11, 2019 | April 18, 2019 |
| Symantec's reply brief | N/A | April 25, 2019 |
| Technology tutorial | March 19, 2019 at 1:30 p.m. | No change. |

STIPULATED REQUEST AND [PROPOSED] ORDER
Case: 3:17-CV-04414-JST

| Hearing on summary judgment regarding assignor estoppel | March 21, 2019 | May 16, 2019 ~~(or at the Court's convenience)~~ |
| --- | --- | --- |
| Claim construction hearing | April 9, 2019 at 1:30 p.m. | No change. |

DATED: December 18, 2018.

Respectfully submitted,

| BAKER BOTTS L.L.P. | KEKER, VAN NEST & PETERS LLP |
| --- | --- |
| */s/ James C. Williams* | */s/ Bailey W. Heaps* |
| Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*) | Robert A. Van Nest - # 84065 |
| kurt.pankratz@bakerbotts.com | rvannest@keker.com |
| Chad C. Walters (SBN 24034730) (*Pro Hac Vice*) | Leo L. Lam - # 181861 |
| chad.walters@bakerbotts.com | llam@keker.com |
| James Williams (SBN 24075284) (*Pro Hac Vice*) | Matthew M. Werdegar - # 200470 |
| james.williams@bakerbotts.com | mwerdegar@keker.com |
| Harrison Rich (SBN 24083730) (*Pro Hac Vice*) | Michelle Ybarra - # 260697 |
| harrison.rich@bakerbotts.com | mybarra@keker.com |
| Clarke Stavinoha (SBN 24093198) (Pro Hac Vice) | Jay Rapaport - #281964 |
| clarke.stavinoha@bakerbotts.com | jrapaport@keker.com |
| Bryan D. Parrish (SBN 24089039) (Pro Hac Vice) | Bailey Heaps - # 295870 |
| bryan.parrish@bakerbotts.com | bheaps@keker.com |
| Morgan E. Grissum (SBN 24084387) (Pro Hac Vice) | David J. Rosen - # 296139 |
| morgan.grissum@bakerbotts.com | drosen@keker.com |
| 2001 Ross Avenue, Suite 700 | Anna Porto - # 319903 |
| Dallas, TX 75201 | aporto@keker.com |
| Tel: (214) 953-6500/Fax: (214) 953-6503 | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| | Facsimile: 415 397 7188 |
| | |
| | Attorneys for Defendant |
| | ZSCALER, INC. |

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206/Fax: (415) 291-6306

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)

STIPULATED REQUEST AND [PROPOSED] ORDER
Case: 3:17-CV-04414-JST

jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500/Fax: (212) 408-2501

Attorneys for Plaintiffs
SYMANTEC CORPORATION AND
SYMANTEC LIMITED

STIPULATED REQUEST AND [PROPOSED] ORDER
Case: 3:17-CV-04414-JST

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 20, 2018      _____
                              Hon. Jon S. Tigar
                              United States District Judge

**Attestation Regarding Signatures**

    I, James C. Williams, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 18, 2018              By:  */s/James C. Williams*
                                              James C. Williams