**BAKER BOTTS L.L.P.**
Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (*Pro Hac Vice*)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice*)
clarke.stavinoha@bakerbotts.com
Bryan D. Parrish (SBN 24089039) (*Pro Hac Vice*)
bryan.parrish@bakerbotts.com
Morgan E. Grissum (SBN 24084387) (*Pro Hac Vice*)
morgan.grissum@bakerbotts.com
Casey L. Shomaker (SBN 24110359) (*Pro Hac Vice*)
casey.shomaker@bakerbotts.com
2001 Ross Avenue, Suite 700
Dallas, TX 75201
Tel: (214) 953-6500/Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206/Fax: (415) 291-6306

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500/Fax: (212) 408-2501

*Attorneys for Plaintiffs*
SYMANTEC CORPORATION and
SYMANTEC LIMITED

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest - # 84065
rvannest@keker.com
Leo L. Lam - # 181861
llam@keker.com
Matthew M. Werdegar - # 200470
mwerdegar@keker.com
Michelle Ybarra - # 260697
mybarra@keker.com
Jay Rapaport - # 281964
jrapaport@keker.com
Bailey W. Heaps - # 295870
bheaps@keker.com
David J. Rosen - # 296139
drosen@keker.com
Katie Lynn Joyce - # 308263
kjoyce@keker.com
Anna A. Porto - # 319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

*Attorneys for Defendant*
ZSCALER, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ZSCALER, INC.,<br><br>　　　　Defendant. | Case No. 3:17-cv-04414-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING AND ADDING DEADLINES FOR ASSIGNOR ESTOPPEL DISCOVERY** |

Plaintiffs Symantec Corporation and Symantec Limited ("Symantec") and Defendant Zscaler, Inc., ("Zscaler"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court issued an Amended Scheduling Order (ECF 108) setting additional and amended case deadlines for assignor estoppel discovery;

WHEREAS, the Court granted a First Stipulated Request Extending Deadlines for Assignor Estoppel Discovery set forth in the Amended Scheduling Order (ECF 132);

WHEREAS, the Court granted a Second Stipulated Request Extending and Adding Deadlines for Assignor Estoppel Discovery set forth in the Amended Scheduling Order (ECF 156);

WHEREAS, Symantec and Zscaler have agreed to extend and amend the deadline for service of expert declarations related to assignor estoppel set forth in the Second Stipulated Request;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO request an order from the Court extending and amending the deadline for serving expert declarations related to assignor estoppel as set forth below:

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Service of fact witness declarations related to assignor estoppel | February 14, 2019 | No change. |
| Service of expert declarations related to assignor estoppel | February 14, 2019 | February 25, 2019 |
| Completion of deposition discovery | March 7, 2019 | No change. |
| Zscaler's opening brief for partial summary judgment on assignor estoppel | March 21, 2019 | No change. |
| Symantec's opening/opposition brief for partial summary judgement on assignor estoppel | April 4, 2019 | No change. |
| Zscaler's opposition/reply brief | April 18, 2019 | No change. |
| Symantec's reply brief | April 25, 2019 | No change. |
| Technology tutorial | March 19, 2019 at | No change. |

STIPULATED REQUEST AND [PROPOSED] ORDER
Case: 3:17-CV-04414-JST

| | | |
|---|---|---|
| 1 | | 1:30 p.m. | |
| 2 | Claim construction hearing | April 9, 2019 at 1:30 p.m. | No change. |
| 3 | Hearing on summary judgment regarding assignor estoppel | May 16, 2019 | No change. |

DATED: February 13, 2019.

Respectfully submitted,

| BAKER BOTTS L.L.P. | KEKER, VAN NEST & PETERS LLP |
|---|---|
| */s/ James C. Williams* | */s/ Matthew M. Werdegar* |
| Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*) | Robert A. Van Nest - # 84065 |
| kurt.pankratz@bakerbotts.com | rvannest@keker.com |
| Chad C. Walters (SBN 24034730) (*Pro Hac Vice*) | Leo L. Lam - # 181861 |
| chad.walters@bakerbotts.com | llam@keker.com |
| James Williams (SBN 24075284) (*Pro Hac Vice*) | Matthew M. Werdegar - # 200470 |
| james.williams@bakerbotts.com | mwerdegar@keker.com |
| Harrison Rich (SBN 24083730) (*Pro Hac Vice*) | Michelle Ybarra - # 260697 |
| harrison.rich@bakerbotts.com | mybarra@keker.com |
| Clarke Stavinoha (SBN 24093198) (Pro Hac Vice) | Jay Rapaport - #281964 |
| clarke.stavinoha@bakerbotts.com | jrapaport@keker.com |
| Bryan D. Parrish (SBN 24089039) (Pro Hac Vice) | Bailey Heaps - # 295870 |
| bryan.parrish@bakerbotts.com | bheaps@keker.com |
| Morgan E. Grissum (SBN 24084387) (Pro Hac Vice) | David J. Rosen - # 296139 |
| morgan.grissum@bakerbotts.com | drosen@keker.com |
| Casey L. Shomaker (SBN 24110359) (*Pro Hac Vice*) | Anna Porto - # 319903 |
| casey.shomaker@bakerbotts.com | aporto@keker.com |
| 2001 Ross Avenue, Suite 700 | 633 Battery Street |
| Dallas, TX 75201 | San Francisco, CA 94111-1809 |
| Tel: (214) 953-6500/Fax: (214) 953-6503 | Telephone: 415 391 5400 |
| | Facsimile: 415 397 7188 |
| Wayne O. Stacy (SBN 341579) | Attorneys for Defendant |
| wayne.stacy@bakerbotts.com | ZSCALER, INC. |
| 101 California Street, Suite 3600 | |
| San Francisco, CA 94111 | |
| Tel: (415) 291-6206/Fax: (415) 291-6306 | |

STIPULATED REQUEST AND [PROPOSED] ORDER
Case: 3:17-CV-04414-JST

1  Jennifer C. Tempesta (SBN 4397089) (*Pro Hac*
2     *Vice*)
   jennifer.tempesta@bakerbotts.com
3  30 Rockefeller Plaza
   New York, NY 10112
4  Tel: (212) 408-2500/Fax: (212) 408-2501

5  Attorneys for Plaintiffs
   SYMANTEC CORPORATION AND
6  SYMANTEC LIMITED

STIPULATED REQUEST AND [PROPOSED] ORDER
Case: 3:17-CV-04414-JST

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | |
| 4 | DATED: February 15, 2019  _____ |
| 5 | Hon. Jon S. Tigar |
| 6 | United States District Judge |

**Attestation Regarding Signatures**

I, James C. Williams, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 13, 2019                    By:    */s/James C. Williams*
                                                                    James C. Williams