**BAKER BOTTS L.L.P.**
Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (*Pro Hac Vice*)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice*)
clarke.stavinoha@bakerbotts.com
Bryan D. Parrish (SBN 24089039) (*Pro Hac Vice*)
bryan.parrish@bakerbotts.com
Morgan E. Grissum (SBN 24084387) (*Pro Hac Vice*)
morgan.grissum@bakerbotts.com
Casey L. Shomaker (SBN 24110359) (*Pro Hac Vice*)
casey.shomaker@bakerbotts.com
2001 Ross Avenue, Suite 700
Dallas, TX 75201
Tel: (214) 953-6500/Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206/Fax: (415) 291-6306

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500/Fax: (212) 408-2501

*Attorneys for Plaintiffs*
SYMANTEC CORPORATION and
SYMANTEC LIMITED

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest - # 84065
rvannest@keker.com
Leo L. Lam - # 181861
llam@keker.com
Matthew M. Werdegar - # 200470
mwerdegar@keker.com
Michelle Ybarra - # 260697
mybarra@keker.com
Jay Rapaport - # 281964
jrapaport@keker.com
Bailey W. Heaps - # 295870
bheaps@keker.com
David J. Rosen - # 296139
drosen@keker.com
Katie Lynn Joyce - # 308263
kjoyce@keker.com
Anna A. Porto - # 319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

*Attorneys for Defendant*
ZSCALER, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>ZSCALER, INC.,<br><br>Defendant. | Case No. 3:17-cv-04414-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING AND ADDING DEADLINES FOR ASSIGNOR ESTOPPEL DISCOVERY** |

Plaintiffs Symantec Corporation and Symantec Limited ("Symantec") and Defendant Zscaler, Inc., ("Zscaler"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court issued an Amended Scheduling Order (ECF 108) setting additional and amended case deadlines for assignor estoppel discovery;

WHEREAS, the Court granted a First Stipulated Request Extending Deadlines for Assignor Estoppel Discovery set forth in the Amended Scheduling Order (ECF 132);

WHEREAS, the Court granted a Second Stipulated Request Extending and Adding Deadlines for Assignor Estoppel Discovery set forth in the Amended Scheduling Order (ECF 156);

WHEREAS, the Court granted a Third Stipulated Request Extending and Adding Deadlines for Assignor Estoppel Discovery set forth in the Amended Scheduling Order (ECF 166);

WHEREAS, Symantec and Zscaler have agreed to extend the deadlines for assignor estoppel discovery set forth in the Third Stipulated Request and set additional deadlines for service of forensic expert declarations;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO request an order from the Court extending the deadlines for completing assignor estoppel discovery and setting additional deadlines for serving forensic expert declarations as set forth below:

| Event | Deadline | Proposed Deadline |
| --- | --- | --- |
| Service of Symantec's rebuttal forensic expert declaration | N/A | May 24, 2019 |
| Service of Zscaler's reply forensic expert declaration | N/A | June 21, 2019 |
| Completion of deposition discovery | March 7, 2019 | July 12, 2019 |
| Zscaler's opening brief for partial summary judgment on assignor estoppel | March 21, 2019 | July 26, 2019 |

| | | |
|---|---|---|
| Symantec's opening/opposition brief for partial summary judgement on assignor estoppel | April 4, 2019 | August 16, 2019 |
| Zscaler's opposition/reply brief | April 18, 2019 | August 30, 2019 |
| Symantec's reply brief | April 25, 2019 | September 9, 2019 |
| Hearing on summary judgment regarding assignor estoppel | May 16, 2019 | October 3, 2019 |

DATED: February 22, 2019.

Respectfully submitted,

BAKER BOTTS L.L.P.

 /s/ James C. Williams
Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (*Pro Hac Vice*)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) (Pro Hac Vice)
clarke.stavinoha@bakerbotts.com
Bryan D. Parrish (SBN 24089039) (Pro Hac Vice)
bryan.parrish@bakerbotts.com
Morgan E. Grissum (SBN 24084387) (Pro Hac Vice)
morgan.grissum@bakerbotts.com
Casey L. Shomaker (SBN 24110359) (*Pro Hac Vice*)
casey.shomaker@bakerbotts.com
2001 Ross Avenue, Suite 700
Dallas, TX 75201
Tel: (214) 953-6500/Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206/Fax: (415) 291-6306

Jennifer C. Tempesta (SBN 4397089) (*Pro Hac Vice*)
jennifer.tempesta@bakerbotts.com
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500/Fax: (212) 408-2501

Attorneys for Plaintiffs
SYMANTEC CORPORATION AND SYMANTEC LIMITED

KEKER, VAN NEST & PETERS LLP

 /s/ Bailey W. Heaps
Robert A. Van Nest - # 84065
rvannest@keker.com
Leo L. Lam - # 181861
llam@keker.com
Matthew M. Werdegar - # 200470
mwerdegar@keker.com
Michelle Ybarra - # 260697
mybarra@keker.com
Jay Rapaport - #281964
jrapaport@keker.com
Bailey Heaps - # 295870
bheaps@keker.com
David J. Rosen - # 296139
drosen@keker.com
Anna Porto - # 319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
ZSCALER, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 25, 2019      _____
Hon. Jon S. Tigar
United States District Judge

**Attestation Regarding Signatures**

I, James C. Williams, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 22, 2019                    By:   /s/*James C. Williams*
                                                         James C. Williams

STIPULATED REQUEST AND [PROPOSED] ORDER
Case: 3:17-CV-04414-JST