# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 9, 2019                                                                 Judge: Jon S. Tigar

Time:  52 minutes

Case No.        **3:17-cv-04414-JST**
Case Name     **Symantec Corporation, et al. v. Zscaler, Inc.**

Attorneys for Plaintiffs:          Kurt M. Pankratz
                                                 Bryan D. Parrish

Attorneys for Defendant:        David J. Rosen
                                                  Katie Lynn Joyce
                                                  Leo Lam

Deputy Clerk: William Noble                                       Court Reporter: Katherine Sullivan

## PROCEEDINGS

Claim construction hearing.

## RESULT OF HEARING

1. Claim construction hearing held.  The Court will issue a written order and set a further case management conference.