UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, et al., <br> Plaintiffs, <br> v. <br> ZSCALER, INC., <br> Defendant. | Case No. 17-cv-04414-JST <br><br> **AMENDED SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Fact discovery cut-off | April 24, 2020 |
| Expert disclosures | August 18, 2020 |
| Expert rebuttal | October 6, 2020 |
| Expert discovery cut-off | November 13, 2020 |
| Opening briefs, dispositive and Daubert motions | January 21, 2021 |
| Opposition briefs, dispositive and Daubert motions | February 11, 2021 |
| Reply briefs, dispositive and Daubert motions | March 1, 2021 |
| Hearing, dispositive and Daubert motions | April 8, 2021 |
| Exchange of exhibits and exhibit list | April 23, 2021 |
| Motions in limine | May 7, 2021 |

| Event | Deadline |
|---|---|
| Oppositions to motions in limine | May 14, 2021 |
| Pretrial conference statement | May 21, 2021 |
| Pretrial conference | May 28, 2021 |
| Trial | June 14, 2021 |
| Time estimate | 10 days |

This case will be tried to a jury.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: May 10, 2019

_____
JON S. TIGAR
United States District Judge