KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
LEO L. LAM - # 181861
llam@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
JAY RAPAPORT - # 281964
jrapaport@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
ANNA PORTO - #319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
ZSCALER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ZSCALER, INC.,<br><br>　　　　　Defendant. | Case No. 3:17-cv-04414-JST<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING DEADLINES FOR ASSIGNOR ESTOPPEL DEADLINES**<br><br>Judge:　　Honorable Jon S. Tigar<br><br>Date Filed: June 22, 2017<br><br>Trial Date: Not set |

1  Plaintiffs Symantec Corporation and Symantec Limited ("Symantec") and Defendant
2  Zscaler, Inc. ("Zscaler"), by and through their respective counsel, hereby stipulate and agree as
3  follows:
4  WHEREAS, the Court issued an Amended Scheduling Order (ECF 108) setting additional
5  and amended case deadlines for assignor estoppel discovery;
6  WHEREAS, the Court granted a Stipulated Request Extending Deadlines for Assignor
7  Estoppel Discovery set forth in the Amended Scheduling Order (ECF 132);
8  WHEREAS, the Court granted a Second Stipulated Request Extending and Adding
9  Deadlines for Assignor Estoppel Discovery set forth in the Amended Scheduling Order (ECF
10 156);
11 WHEREAS, the Court granted a Third Stipulated Request Extending and Adding
12 Deadlines for Assignor Estoppel Discovery set forth in the Amended Scheduling Order (ECF
13 166);
14 WHEREAS, the Court granted a Fourth Stipulated Request Extending and Adding
15 Deadlines for Assignor Estoppel Discovery (ECF 168);
16 WHEREAS, Symantec and Zscaler have agreed to extend the existing deadlines for
17 completing assignor estoppel discovery and summary judgment briefing and the summary
18 judgment hearing on assignor estoppel to permit Symantec time to prepare and serve a rebuttal
19 forensic expert declaration;
20 NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE to request
21 an order from the Court extending the deadlines for completing assignor estoppel discovery and
22 summary judgment briefing and the summary judgment hearing on assignor estoppel as set forth
23 below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Service of Symantec's rebuttal forensic expert declaration | May 24, 2019 | June 14, 2019 |

1
STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING DEADLINES FOR ASSIGNOR
ESTOPPEL DEADLINES
Case No. 3:17-cv-04414-JST

1328100

| | | |
|---|---|---|
| Service of Zscaler's reply forensic expert declaration | June 21, 2019 | July 12, 2019 |
| Completion of deposition discovery | July 12, 2019 | August 2, 2019 |
| Zscaler's opening brief for partial summary judgment on assignor estoppel | July 26, 2019 | August 16, 2019 |
| Symantec's opening/opposition brief for partial summary judgement on assignor estoppel | August 16, 2019 | September 6, 2019 |
| Zscaler's opposition/reply brief | August 30, 2019 | September 20, 2019 |
| Symantec's reply brief | September 9, 2019 | September 30, 2019 |
| Hearing on summary judgment regarding assignor estoppel | October 3, 2019 | ~~October 24, 2019~~<br>October 23, 2019 |

Dated: May 16, 2019

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

By: */s/ Jay Rapaport*
ROBERT A. VAN NEST
LEO L. LAM
MATTHEW M. WERDEGAR
MICHELLE YBARRA
JAY RAPAPORT
BAILEY W. HEAPS
DAVID J. ROSEN
KATIE LYNN JOYCE
ANNA PORTO

Attorneys for Defendant
ZSCALER, INC.

///

///

///

2
STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING DEADLINES FOR ASSIGNOR
ESTOPPEL DEADLINES
Case No. 3:17-cv-04414-JST

1328100

| | |
|---|---|
| Dated: May 16, 2019 | BAKER BOTTS LLP |
| | By: */s/ James Williams* |
| | KURT M. PANKRATZ |
| | CHAD C. WALTERS |
| | JAMES WILLIAMS |
| | HARRISON RICH |
| | MORGAN E. GRISSUM |
| | CASEY L. SHOMAKER |
| | WAYNE O. STACY |
| | JENNIFER C. TEMPESTA |
| | |
| | Attorneys for Plaintiffs |
| | SYMANTEC CORP. AND SYMANTEC LTD. |

**ATTESTATION**

I certify under Civil Local Rule 5-1(i)(3) that all signatories to this document concur in its filing.

Dated: May 16, 2019                              */s/ Jay Rapaport*
                                                                JAY RAPAPORT


**[PROPOSED] ORDER**


DATED: May 17, 2019                              _____
                                                                HONORABLE JON S. TIGAR
                                                                UNITED STATES DISTRICT JUDGE