**BAKER BOTTS L.L.P.**
Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (*Pro Hac Vice*)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice*)
clarke.stavinoha@bakerbotts.com
Morgan Grissum (SBN 24084387) (*Pro Hac Vice*)
morgan.grissum@bakerbotts.com
Bryan D. Parrish (SBN 24089039) (*Pro Hac Vice*)
bryan.parrish@bakerbotts.com
Casey L. Shomaker (SBN 24110359) (*Pro Hac Vice*)
casey.shomaker@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Tel: (214) 953-6500
Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206
Fax: (415) 291-6306

Attorneys for Plaintiffs
SYMANTEC CORPORATION AND
SYMANTEC LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>ZSCALER, INC,<br><br>Defendant. | Case No. 3:17-CV-04414-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>Date Filed: June 22, 2017<br>Trial Date: June 14, 2021 |

1     The Court has reviewed Plaintiffs' Unopposed Administrative Motion for Leave to File a Statement of Recent Decision ("Motion"). After consideration of the Motion, and the papers submitted in support of the Motion, the Court finds that a statement of recent decision is warranted.

    Accordingly, Plaintiffs' Administrative Motion for Leave to File a Statement of Recent Decision is GRANTED.

IT IS SO ORDERED.

DATED: August 1, 2019

Hon. Jon S. Tigar
United States District Judge