KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
LEO L. LAM - # 181861
llam@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
JAY RAPAPORT - # 281964
jrapaport@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
ANNA PORTO - #319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
ZSCALER, INC.

**DENIED**
*Judge Jon S. Tigar*
Dated: August 14, 2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>   Plaintiffs,<br><br>   v.<br><br>ZSCALER, INC.,<br><br>   Defendant. | Case No. 3:17-cv-04414-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SEALING PROCEDURE FOR CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:        Honorable Jon S. Tigar<br><br>Date Filed:  June 22, 2017<br><br>Trial Date:   June 14, 2021 |

STIPULATION AND [PROPOSED] ORDER RE: SEALING PROCEDURE FOR CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:17-cv-04414-JST

1340404

Pursuant to Civil Local Rule 6-2, Plaintiffs Symantec Corporation and Symantec Limited (collectively, "Symantec") and Defendant Zscaler, Inc. ("Zscaler") hereby stipulate and agree as follows:

WHEREAS, the Court has issued a scheduling order (ECF 189) setting deadlines for cross-motions for summary judgment on the issue of assignor estoppel;

WHEREAS, the deadline for the final brief in the above-referenced scheduling order is September 30, 2019;

WHEREAS, the parties anticipate that their filings will all involve Protected Material as defined by the Stipulated Protective Order (ECF 75);

WHEREAS, the burden of filing, responding to, and ruling on four separate administrative motions to seal is likely to be significant for both the parties and the Court, and can be mitigated if deferred until after briefing is complete;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE to request an order from the Court providing that:

- In connection with assignor-estoppel summary judgment-briefing, each party need file only one administrative motion to seal under Civil Local Rule 79-5(d) after briefing is complete.
- Before filing their administrative motions to seal, the parties may file on the public docket only redacted copies of materials for which they anticipate seeking a sealing order. At the same time, the parties will serve each other with unredacted courtesy copies of all materials at the time they are filed and file proofs of service to that effect. The parties will also supply the Court with unredacted courtesy copies of all materials at the time they are filed.
- The administrative motions to seal will be filed no later than October 7, 2019. Declarations required under Civil Local Rule 79-5(e)(1) will be filed no later than October 14, 2019.

///

///

1
STIPULATION AND [PROPOSED] ORDER RE: SEALING PROCEDURE FOR CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT
Case No. 3:17-cv-04414-JST

1340404

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |
| Dated: August 12, 2019 | KEKER, VAN NEST & PETERS LLP |   |

By: */s/ Jay Rapaport*
ROBERT A. VAN NEST
LEO L. LAM
MATTHEW M. WERDEGAR
MICHELLE YBARRA
JAY RAPAPORT
BAILEY W. HEAPS
DAVID J. ROSEN
KATIE LYNN JOYCE
ANNA PORTO

Attorneys for Defendant
ZSCALER, INC.

Dated: August 12, 2019                                       BAKER BOTTS LLP

By: */s/ James Williams*
KURT M. PANKRATZ
CHAD C. WALTERS
JAMES WILLIAMS
HARRISON RICH
MORGAN E. GRISSUM
CASEY L. SHOMAKER
WAYNE O. STACY
JENNIFER C. TEMPESTA

Attorneys for Plaintiffs
SYMANTEC CORP. AND SYMANTEC LTD.

## **ATTESTATION**

I certify under Civil Local Rule 5-1(i)(3) that all signatories to this document concur in its filing.

Dated: August 12, 2019                                       */s/ Jay Rapaport*
JAY RAPAPORT

## **[PROPOSED] ORDER**

DATED: _____                            _____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER RE: SEALING PROCEDURE FOR CROSS-MOTIONS FOR
PARTIAL SUMMARY JUDGMENT
Case No. 3:17-cv-04414-JST

1340404