UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>ZSCALER, INC.,<br><br>   Defendant. | Case No. 17-cv-04414-JST   (TSH)<br><br>**ORDER REGARDING MOTION TO SEAL**<br><br>Re: Dkt. No. 212 |

In ECF No. 212, Symantec moved to seal portions of a joint discovery letter brief, as well as portions of Exhibit A and the entirety of Exhibit B to the Shomaker Declaration, on the ground that Zscaler had designated that information as confidential. Zscaler responds that it does not want any part of the joint discovery letter brief or Exhibit B filed under seal. However, Zscaler does contend that the redactions to Exhibit A are appropriate because they relate to the employment history of a non-party, which is private information. The Court agrees. Accordingly, Symantec's motion to seal at ECF No. 212 is **GRANTED IN PART** and **DENIED IN PART**. The redactions to Exhibit A to the Shomaker Declaration are appropriate. However, no part of the joint discovery letter brief or Exhibit B to the Shomaker Declaration may be filed under seal.

**IT IS SO ORDERED.**

Dated: September 26, 2019

THOMAS S. HIXSON
United States Magistrate Judge