s

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ZSCALER, INC.,<br><br>　　　　　Defendant. | Case No. 17-cv-04414-JST<br><br>**ORDER VACATING HEARINGS**<br><br>Re: ECF Nos. 198, 204, 218 |

Before the Court are the Party's motions for summary judgment and Plaintiff's motion under Rule 37(e)(1). ECF Nos. 198, 204, 233. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the hearings on these matters, currently scheduled for October 23, 2019, are hereby VACATED.

**IT IS SO ORDERED.**

Dated: October 7, 2019



JON S. TIGAR
United States District Judge