KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
LEO L. LAM - # 181861
llam@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
JAY RAPAPORT - # 281964
jrapaport@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
ANNA PORTO - #319903
aporto@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
ZSCALER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ZSCALER, INC.,<br><br>Defendant. | Case No. 4:17-cv-04414-JST (TSH)<br><br>**NOTICE REGARDING *INTER PARTES* REVIEW OF '429 PATENT**<br><br>Judge:       Honorable Jon S. Tigar<br>Date Filed:  June 22, 2017<br>Trial Date:  June 14, 2021 |

The parties hereby respectfully notify the Court that the Patent Trial and Appeal Board ("PTAB") has issued final written decisions in Zscaler's *inter partes* review of U.S. Patent No. 8,316,429 (the "'429 patent"). The PTAB found all of the '429 patent's asserted claims unpatentable. Under the Stipulated Request and Order Staying Non-Assignor Estoppel-Related Proceedings for the '429 Patent (ECF No. 154), the PTAB's written decisions lift the stay of non-assignor estoppel proceedings on the '429 patent.

Dated:  October 17, 2019

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

By:  */s/ Jay Rapaport*
ROBERT A. VAN NEST
LEO L. LAM
MATTHEW M. WERDEGAR
MICHELLE YBARRA
JAY RAPAPORT
BAILEY W. HEAPS
DAVID J. ROSEN
KATIE LYNN JOYCE
ANNA PORTO

Attorneys for Defendant
ZSCALER, INC.

Dated:  October 17, 2019

BAKER BOTTS LLP

By:  */s/ Morgan Grissum*
KURT M. PANKRATZ
CHAD C. WALTERS
JAMES WILLIAMS
HARRISON RICH
CLARKE STAVINOHA
MORGAN GRISSUM
BRYAN D. PARRISH
CASEY L. SHOMAKER

Attorneys for Plaintiffs
SYMANTEC CORP. and SYMANTEC LTD.

**ATTESTATION**

I certify under Civil Local Rule 5-1(i)(3) that all signatories to this document concur in its filing.

Dated:  October 17, 2019

*/s/ Jay Rapaport*
JAY RAPAPORT