**BAKER BOTTS L.L.P.**
Kurt M. Pankratz (SBN 24013291) (*Pro Hac Vice*)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (*Pro Hac Vice*)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (*Pro Hac Vice*)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (*Pro Hac Vice*)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) (*Pro Hac Vice*)
clarke.stavinoha@bakerbotts.com
Morgan Grissum (SBN 24084387) (*Pro Hac Vice*)
morgan.grissum@bakerbotts.com
Bryan D. Parrish (SBN 24089039) (*Pro Hac Vice*)
bryan.parrish@bakerbotts.com
Casey L. Shomaker (SBN 24110359) (*Pro Hac Vice*)
casey.shomaker@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206
Fax: (415) 291-6306

Attorneys for Plaintiffs
SYMANTEC CORPORATION AND
SYMANTEC LIMITED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION and SYMANTEC LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ZSCALER, INC.,<br><br>Defendant. | Case No. 4:17-cv-04414-JST<br><br>**JOINT STIPULATION REGARDING SYMANTEC'S AMENDED COMPLAINT**<br><br>Judge:   Honorable Jon S. Tigar<br><br>Date Filed: June 22, 2017<br>Trial Date: June 14, 2021 |

1. Whereas Plaintiffs Symantec Corp. and Symantec Limited (collectively, "Symantec") and Defendant Zscaler, Inc. ("Zscaler") stipulated to dismiss with prejudice U.S. Patent Nos. 6,285,658 (the "'658 Patent"); 7,360,249 (the "'249 Patent"); and 9,525,696 (the "'696 Patent") (*see* ECF No. 151);

2. Whereas the Court granted Zscaler's Rule 12(b)(6) motion to dismiss U.S. Patent No. 7,587,488 (the "'488 Patent") under 35 U.S.C. § 101 with prejudice (*see* ECF No. 169);

3. Whereas Symantec intends to file a motion for leave to file a Second Amended Complaint, which Zscaler does not intend to oppose;

4. Whereas Symantec's Seconded Amended Complaint will not set forth claims with respect to the '658 Patent, '249 Patent, '696 Patent, or '488 Patent; now therefore:

5. The parties agree and jointly stipulate that, should the Court grant Symantec's motion for leave to file a Second Amended Complaint, Symantec's motion will not constitute waiver of any of Symantec's rights to appeal the Court's dismissal of the '488 Patent under 35 U.S.C. § 101; and

6. The parties further agree and jointly stipulate that Zscaler's non-opposition to Symantec's motion for leave to file a Second Amended Complaint shall not constitute a waiver of any argument challenging the sufficiency of the allegations, including 35 U.S.C. § 271(f) allegations, in the Second Amended Complaint.

Dated: November 6, 2019                    BAKER BOTTS LLP

                                           By:   */s/ James Williams*
                                                 KURT M. PANKRATZ
                                                 CHAD C. WALTERS
                                                 JAMES WILLIAMS
                                                 HARRISON RICH
                                                 MORGAN E. GRISSUM
                                                 BRYAN D. PARRISH
                                                 CLARKE STAVINOHA
                                                 CASEY L. SHOMAKER
                                                 WAYNE O. STACY

                                                 Attorneys for Plaintiffs
                                                 SYMANTEC CORP. AND SYMANTEC LTD.

Dated: November 6, 2019                                KEKER, VAN NEST & PETERS LLP

                                        By:   */s/ Jay Rapaport*
                                              ROBERT A. VAN NEST
                                              LEO L. LAM
                                              MATTHEW M. WERDEGAR
                                              MICHELLE YBARRA
                                              JAY RAPAPORT
                                              BAILEY W. HEAPS
                                              DAVID J. ROSEN
                                              KATIE LYNN JOYCE
                                              ANNA PORTO

                                              Attorneys for Defendant
                                              ZSCALER, INC.

## ATTORNEY ATTESTATION

In compliance with L.R. 5-1(i)(3) of the Northern District of California, I hereby attest that all signatories to the foregoing stipulation have concurred in the content and filing of this document.

                                              */s/ James Williams*
                                              James Williams