UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION, et al.,

         Plaintiffs,

     v.

ZSCALER, INC.,

         Defendant.

Case No. 17-cv-04414-JST

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Re: ECF No. 253

Symantec's unopposed motion for leave to file second amended complaint is GRANTED. Symantec shall file its second amended complaint no later than November 15, 2019.

     **IT IS SO ORDERED.**

Dated: November 12, 2019



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California