UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ZSCALER, INC.,<br><br>        Defendant. | Case No. 17-cv-04414-JST<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 252 |

Plaintiffs move to file under seal Exhibits D and E to the declaration of Casey L. Shomaker in support of their unopposed motion for leave to file second amended complaint. ECF No. 252. Designating party, Zscaler, Inc., has filed a declaration in response to Plaintiffs' motion to file under seal and "does not request that the materials submitted . . . be filed under seal." ECF No. 254 at 2.

The Court, therefore, denies Plaintiffs' motion to file under seal and orders Plaintiffs to file the documents in the public record within seven days from the date of this Order.

**IT IS SO ORDERED.**

Dated: December 18, 2019



JON S. TIGAR
United States District Judge