**BAKER BOTTS L.L.P.**
Kurt M. Pankratz (SBN 24013291) (Pro Hac Vice)
kurt.pankratz@bakerbotts.com
Chad C. Walters (SBN 24034730) (Pro Hac Vice)
chad.walters@bakerbotts.com
James Williams (SBN 24075284) (Pro Hac Vice)
james.williams@bakerbotts.com
Harrison Rich (SBN 24083730) (Pro Hac Vice)
harrison.rich@bakerbotts.com
Clarke Stavinoha (SBN 24093198) (Pro Hac Vice)
clarke.stavinoha@bakerbotts.com
Morgan Grissum (SBN 24084387) (Pro Hac Vice)
morgan.grissum@bakerbotts.com
Bryan Parrish (SBN 24089039) (Pro Hac Vice)
bryan.parrish@bakerbotts.com
Casey L. Shomaker (SBN 24110359) (Pro Hac Vice)
casey.shomaker@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Tel: (214) 953-6500
Fax: (214) 953-6503

Wayne O. Stacy (SBN 341579)
wayne.stacy@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6206
Fax: (415) 291-6306

Attorneys for Plaintiffs
SYMANTEC CORPORATION and
SYMANTEC LIMITED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND**

| | |
|---|---|
| SYMANTEC CORPORATION, and SYMANTEC LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>ZSCALER, INC.,<br><br>Defendant. | Case No. 4:17-CV-04414-JST<br><br>**Joint Stipulation of Dismissal With Prejudice of All Claims**<br><br>The Honorable Jon S. Tigar<br><br>Date Filed: December 12, 2016<br>Trial Date: June 15, 2020 at 8:00 am |

BAKER BOTTS L.L.P.

1  Plaintiffs Symantec Corporation and Symantec Limited (and CA, Inc., who acquired all
2  of Symantec Corporation and Symantec Limited's rights, titles, and interests in this case) and
3  Defendant Zscaler, Inc. notify the Court that the parties have resolved their disputes.  Under
4  Rule 41(a)(1)(A)(ii), the parties jointly stipulate to dismiss all claims in this case with prejudice.
5  Each party will bear its own fees and costs.

| | |
|---|---|
| Dated:  January 13, 2020 | Respectfully submitted, |
| KEKER, VAN NEST & PETERS LLP | BAKER BOTTS L.L.P. |
| */s/ Robert A. Van Nest* | */s/ Kurt M. Pankratz* |
| Robert A. Van Nest | Kurt M. Pankratz |
| Leo L. Lam | Chad C. Walters |
| Matthew M. Werdegar | James Williams |
| Michelle Ybarra | Harrison Rich |
| Jay Rapaport | Clarke Stavinoha |
| Bailey W. Heaps | Morgan Grissum |
| David J. Rosen | Bryan Parrish |
| Katie Lynn Joyce | Casey L. Shomaker |
| Anna Porto | |
| | Wayne O. Stacy (SBN 341579) |
| Attorneys for Defendant | wayne.stacy@bakerbotts.com |
| ZSCALER, INC. | 101 California Street, Suite 3600 |
| | San Francisco, CA 94111 |
| | Tel: (415) 291-6206 |
| | Fax: (415) 291-6306 |
| | |
| | Attorneys for Plaintiffs |
| | SYMANTEC CORPORATION and SYMANTEC LTD. (and CA, INC., Symantec Corporation and Symantec Limited's successor in interest to all rights, titles, and interests in this case) |

## **ATTESTATION**

Under Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: January 13, 2020                                                                                  By:  */s/ Kurt M. Pankratz*
                                                                                                                        Kurt M. Pankratz
                                                                                                                        Baker Botts L.L.P.

                                                                                                                        Attorneys for Plaintiffs SYMANTEC CORP. and SYMANTEC LTD. (and CA, INC., Symantec Corporation and Symantec Limited's successor in interest to all rights, titles, and interests in this case)